ried over from some previous time, and the nature of which is not disclosed, also an assessment the nature of which is not explained nor its regularity proven, and an item for ball tickets, cannot be considered in determining whether the member is in arrears under a by-law providing that a member, who shall fail to pay his monthly dues for three months, shall after certain notice and failure to pay such dues, be deemed to be in arrears.

### Jacob P. Maihofer, Plaintiff in Error, v. Elizabeth Maihofer, Defendant in Error.

### Gen. No. 22,592.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. GEORGE KERSTEN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Bill by Jacob P. Maihofer, complainant, against Elizabeth Maihofer, defendant, for divorce on the ground of desertion, and cross-bill by defendant for divorce on ground of desertion. From a decree dismissing the bill and cross-bill, complainant brings error.

FRANCIS E. CROARKIN, for plaintiff in error.

JOSEPH C. PISHA, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 48*—*when evidence insufficient to show desertion of husband by wife without cause.* On a bill by a husband for divorce

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Hayes v. Gresens, 207 Ill. App. 149.

on the ground of desertion, where there was evidence that defendant believed that complainant substituted a powder for some medicinal tablets with the intention of poisoning her; that defendant was sent by complainant, on advice of a physician, to a detention hospital, and the evidence was conflicting whether, on her return, she or he was willing to resume marital relations, evidence *held* insufficient to show that defendant had wilfully and without just cause deserted complainant and had refused to live with him any longer, without any fault on his part.

---

## William Hayes, by his next friend, Defendant in Error, v. H. C. W. Gresens, Plaintiff in Error.

### Gen. No. 22,659.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Action by William Hayes, a minor, by William Hayes, his father and next friend, plaintiff, against H. C. W. Gresens, defendant. From a judgment for plaintiff, defendant brings error.

BROSIUS & MABEE, for plaintiff in error.

BENJAMIN P. ACKERMAN, for defendant in error; JACOB LEVY and JOSIAH BURNHAM, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1752*—*when judgment affirmed for insufficiency of abstract.* A judgment will be affirmed on appeal where the abstract of record fails to inform the court of the character of the case and of the issue involved.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.